IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD ALONSO,

    Plaintiff,

v.                                                                                  CIV 15-0789 JCH/KBM

FNU LNU, *Kitchen Food Service Staff*,

    Defendant.

## ORDER TO SHOW CAUSE

    The record indicates that two mailings of this Court's Order for a *Martinez* Report *(Doc. 20)* have been returned as undeliverable. *See Docs. 21 & 22*. Those mailings were made to the address of record for Plaintiff, and the file contains no other address for him. It appears that Plaintiff has been released from custody or transferred without advising the Court of his new address, as required by D.N.M.LR-Civ 83.6, and that Plaintiff has therefore severed contact with the Court. Plaintiff's failure to comply with the Court's local rules demonstrates a manifest lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). Plaintiff will be required to show cause why his complaint should not be dismissed. Failure to respond may result in dismissal of this action without further notice.

    IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this Order, Plaintiff file a response with his current address or otherwise show cause why his complaint should not be dismissed.

                                                                          _____
                                                         UNITED STATES CHIEF MAGISTRATE JUDGE